UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 16-017502
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Ujala Aftab - 034722011
Renée Pearl Cohen - 019362009
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione - 031212012
Courtney A. Martin - 098782016
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

IN RE:

JIMMIE D WOODING, DEBTOR

Order Filed on December 13, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

CASE NO.: 16-28431/JNP

JUDGE: Honorable Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: December 13, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for NATIONSTAR MORTGAGE LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____ Land and premises commonly known as 401-403 W MCNEAL STREET, MILLVILLE, NEW JERSEY 08332.

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28431-JNP
Jimmie D. Wooding                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db            Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ   08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
               desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com
                                                                                             TOTAL: 7