| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor,<br>NATIONSTAR MORTGAGE LLC<br><br>Laura Egerman, Esq. | CASE NO.: 16-28431-JNP<br><br>CHAPTER 7<br><br>HEARING DATE: January 3, 2017 at 10:00 a.m.<br><br>JUDGE: Jerrold N. Poslusny, Jr. |
| **In Re:**<br><br>**Jimmie D. Wooding,**<br><br>     **Debtor.** | |

Order Filed on January 3, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

## <u>ORDER VACATING THE AUTOMATIC STAY</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 3, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtors:      Jimmie D. Wooding
Case No.:    16-28431-JNP
Caption of Order:   **Order Vacating Automatic Stay**

_____

   Upon the motion of RAS Citron, LLC, attorneys for Secured Creditor, NATIONSTAR

MORTGAGE LLC, under Bankruptcy Code § 362(d) for relief from the automatic stay as to

certain property as hereinafter set forth, and for cause shown, it is

   ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant

   to institute or resume and prosecute to conclusion one or more actions in the court(s) of

   appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property

   located at 22 FAIRWAY AVENUE, NORTHFIELD, NJ 08225.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as

   defendants in its action(s) irrespective of any conversion to any other Chapter of the

   Bankruptcy Code.

3. ~~Attorneys' fees in the amount of $350.00 and costs in the amount of $176.00 are awarded~~
   ~~for the prosecution of this Motion for Relief from Stay.~~

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who

entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-28431-JNP
Jimmie D. Wooding                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Jan 04, 2017
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db              Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ  08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
          Barbara R. Lapham   on behalf of Creditor   RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
          Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Charles H. Jeanfreau   on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger   doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC legerman@rasnj.com,
           gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
          Thomas J Subranni   on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
           desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szau
           ber@subranni.com;cwild@subranni.com
                                                                              TOTAL: 8