## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Jimmie D. Wooding,              Debtor(s)              **Case No.: 16-28431**
                                                       **Chapter:** 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and USAA Federal Savings Bank.

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**     Tuesday, Feb. 7, 2017 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2315 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on   Jan. 18, 2017 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)