**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on January 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

| In Re: <br><br> Jimmie D. Wooding, <br><br> Debtor(s) | **CAMDEN VICINAGE** <br><br> **Chapter 7** <br><br> Case No. 16-28431 <br><br> Honorable Jerrold N. Poslusny, Jr. |
|---|---|

**ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND FOR TIME TO MOVE FOR A DISMISSAL OR CONVERSATION OF THE CASE PURSUANT TO §707**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6037732 v1

**(Page 2)**
**Debtor**:  Jimmie D. Wooding
**Case No**:  16-28431-JNP
**Caption of Order:** Order to Extend Time to File Complaint Objecting to Discharge of Debtor pursuant to §727 of the Bankruptcy Code and for Time to Move for a Dismissal or Conversion of the Case Pursuant to §707 of the Bankruptcy Code

**THIS MATTER** having come before the Court upon application of Douglas S. Stanger, Chapter 7 Bankruptcy Trustee, pursuant to Bankruptcy Rules to extend its time to file a complaint objecting to the debtor's discharge and for time to move for a dismissal or conversation of the case; and it appearing that a petition for relief was filed by the above-captioned debtor under Chapter 7 of the United States Bankruptcy Code on February 15, 2017 in the United States Bankruptcy Court for the District of New Jersey and is now pending therein, and for good cause shown;

**ORDERED AND ADJUDGED** that the applicant, Douglas S. Stanger, Trustee, be granted an extension of time to file a complaint objecting to the discharge of the debtor be the same hereby extended to February 15, 2017.

6037732 v1