**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on January 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

| In Re: | CAMDEN VICINAGE |
|---|---|
| Jimmie D. Wooding, | Chapter 7 |
| Debtor(s) | Case No. 16-28431 |
| | Honorable Jerrold N. Poslusny, Jr. |

**ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND FOR TIME TO MOVE FOR A DISMISSAL OR CONVERSATION OF THE CASE PURSUANT TO §707**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 24, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6037732 v1

(Page 2)
**Debtor**: Jimmie D. Wooding
**Case No**: 16-28431-JNP
<u>**Caption of Order**: Order to Extend Time to File Complaint Objecting to Discharge of Debtor pursuant to §727 of the Bankruptcy Code and for Time to Move for a Dismissal or Conversion of the Case Pursuant to §707 of the Bankruptcy Code</u>

**THIS MATTER** having come before the Court upon application of Douglas S. Stanger, Chapter 7 Bankruptcy Trustee, pursuant to Bankruptcy Rules to extend its time to file a complaint objecting to the debtor's discharge and for time to move for a dismissal or conversation of the case; and it appearing that a petition for relief was filed by the above-captioned debtor under Chapter 7 of the United States Bankruptcy Code on February 15, 2017 in the United States Bankruptcy Court for the District of New Jersey and is now pending therein, and for good cause shown;

**ORDERED AND ADJUDGED** that the applicant, Douglas S. Stanger, Trustee, be granted an extension of time to file a complaint objecting to the discharge of the debtor be the same hereby extended to February 15, 2017.

6037732 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Jimmie D. Wooding  
    Debtor

Case No. 16-28431-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 24, 2017  
                                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db           Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ 08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
        Barbara R. Lapham   on behalf of Creditor   RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
        Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,
      njbankruptcynotifications@logs.com
        Charles H. Jeanfreau   on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
      BNCmail@w-legal.com
        Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
        Douglas S. Stanger   doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
      jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
        Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
      nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
      dss@trustesolutions.net
        Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC
      nj_ecf_notices@buckleymadole.com
        Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC legerman@rasnj.com,
      gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
        Thomas J Subranni   on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
      desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com
                                                                                                                            TOTAL: 9