UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        Case No.:   16-28431-JNP
                                              Chapter:    vchChapter
Jimmie D. Wooding                             Judge:      Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

     DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clerk, US Bankruptcy court<br>401 Market Street<br>Camden, NJ 08102 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on February 28, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

| Description and value of property: |
|---|
| $110,000.00  401 West McNeal Street #403 Millville, NJ |

| Liens on property: |
|---|
| $111,286.63  Nationstar Mortgage |

| Amount of Equity claimed as exempt: |
|---|
| 0 |

Objections must be served on, and requests for additional information directed to:

Name:             Douglas S. Stanger

Address:          646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.     (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28431-JNP
Jimmie D. Wooding                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Jan 25, 2017
                               Form ID: pdf905          Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
```
db             Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ 08225-2326
cr            +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz, & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +RPJ Properties, L.L.C.,    3169 S. Main Road,    Vineland, NJ 08360-7186
cr            +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
               Seattle, WA 98121-3132
516415139      AMC Mortgage Service,    505 City Pkwy W Ste 100,    Orange, CA 92868-2927
516415140      AMCOL Systems, Inc,    Attn: AtlantiCare Regional Med Ctr,    PO Box 21625,
               Columbia, SC 29221-1625
516415143      ARMC Perioperative Program,    Attn: IC Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
516415137      Advanced Anesthesia Assoc. PC,    c/o Apex Asset Management,    PO Box 5407,
               Lancaster, PA 17606-5407
516415138      Advanced Anesthesia Assoc. PC,    Attn: Apez Asset Management,    1286 Carmichael Way,
               Montgomery, AL 36106-3645
516415141      Amerihealth Ins. Co. Of New Jersey,    PO Box 11867,    Newark, NJ 07101-8167
516415142      Apex Asset Management,    Attn: Advanced Anesthesia,    2501 Oregon Pike Ste 102,
               Lancaster, PA 17601-4890
516415146      Atlantic Medical Imaging, LLC,    c/o Rickart Collection Systems,    PO Box 7242,
               North Brunswick, NJ 08902-7242
516415145      Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516415148      Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516415149      Atlanticare Regional Medical Center,    c/o Amcol Systems,    111 Lancewood Rd,
               Columbia, SC 29210-7523
516415150      Bacharach Institute For Rehab,    PO Box 723,    Pomona, NJ 08240-0723
516415151      Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516415152     +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
516415153      C & H Collection Services Inc,    1 Federal St # N-100,    Camden, NJ 08103-1091
516415154     +Capital One,    POB 30281,    Salt Lake City, UT 84130-0281
516415155      Capital One /Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
516415156      Capital One Bank (USA) NA,    c/o Lyons, Doughty & Veldhuis, PC,    PO Box 1269,
               Mount Laurel, NJ 08054-7269
516415157      Capital One Bank (USA) NA,    PO Box 71083,    Charlotte, NC 28272-1083
516415158     +Capizola, Pancari, Lapham & Fralinger,    100 N Main Rd,    Vineland, NJ 08360-8299
516415159      Caris MPI Inc,    PO Box 841943,    Dallas, TX 75284-1943
516415163     +City Of Northfield Tax Collector,    1600 Shore Rd,    Northfield, NJ 08225-2201
516415160      City of Coatesville,    c/o Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
516415161      City of Millville Tax Collector,    PO Box 609,    Millville, NJ 08332-0609
516415162      City of Millville Utility Department,    PO Box 609,    Millville, NJ 08332-0609
516415164      Comcast Cable,    Attn: Enhanced Recovery Corp,    PO Box 57547,    Jacksonville, FL 32241-7547
516415165      Comenity Capital/Boscovs,    PO Box 182120,    Columbus, OH 43218-2120
516415166      Cooper University Health,    PO Box 1022,    Wixom, MI 48393-1022
516415168      Dawn Williams & Warren Walker,    311 D St,    Millville, NJ 08332-2620
516415170      Dominique Kitchen & Idaylz Rodriguez,    401 W McNeal St,    Millville, NJ 08332-3742
516415171      Elenora Lawson,    401 W McNeal St,    Millville, NJ 08332-3742
516415172      Eric Johnson,    700 N Franklin Blvd,    Pleasantville, NJ 08232-1586
516415173      Frankel Ortho & Sports Med,    PO Box 8627,    Cherry Hill, NJ 08002-0627
516415174      Glenne Drummond,    401 W McNeal St,    Millville, NJ 08332-3742
516415175     +Homeward Residential,    1525 S. Beltine,    Coppell, TX 75019-4913
516415176      Iissha garcia & Joseph Thomas,    311 D St,    Millville, NJ 08332-2620
516415177      Jefferson University Hospita,    Attn: ProCo,    PO Box 2462,    Aston, PA 19014-0462
516415178      Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
516415180     +LabCorp,    POB 2240,    Burlington, NC 27216-2240
516415182      Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516415183      Nationstar Mortgage,    Attn: RAS Citron, LLC,    130 Clinton Rd Ste 202,
               Fairfield, NJ 07004-2927
516415184      Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516415185      Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516469732     +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
               Suite 100,    Boca Raton FL 33487-2853
516415186      Nellie Pennington,    25 Pennsylvania Ave,    Coatesville, PA 19320-3675
516415187      OCWEN Loan Servicing, LLC,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516415188      Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
516415190      ProCo,    Attn: Jefferson University Hospital,    PO Box 2462,    Aston, PA 19014-0462
516415194      RPJ Properties LLC,    c/o Capizola, Pancari, Lapham & Fralinge,    100 N Main Rd,
               Vineland, NJ 08360-8244
516415191      Recon Ortho Assoc. II, PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516415192     +Rickart Collection Systems, Inc.,    POB 7242 Attn: Atlantic Medical Imaging,
               North Burnswick, NJ 08902-7242
516415193     +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516415195      Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
516415196      Shore Medical Cente,    Attn: ROI,    PO Box 549,    Timonium, MD 21094-0549
516415197      Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
```

```
District/off: 0312-1          User: admin             Page 2 of 3              Date Rcvd: Jan 25, 2017
                              Form ID: pdf905         Total Noticed: 89


516415198     +Shoreline Endocrine And Medical Assoc,    2500 English Creek Ave, Ste 605,
               Egg Harbor Twp, NJ 08234-5588
516415199      Society Hill Anesthesia Consultants,    PO Box 414853,    Boston, MA 02241-4853
516415200     +South Jersey Gas,    POB 577 Customer Care Center,    Hammonton, NJ 08037-0577
516415201      State of New Jersey,    Dept. Community Affairs,    PO Box 810,    Trenton, NJ 08625-0810
516415205      Synchrony Bank,    Attn: Selip & Stylianou,    PO Box 914,    Paramus, NJ 07653-0914
516415207      The Sklyline Condo Assoc.,    Att: Callaghan Thompson et al,    2428 Atlantic Ave,
               Atlantic City, NJ 08401-6631
516415208     +Thompson Realty Company,    1613 Atlantic Ave,    Atlantic City, NJ 08401-6969
516415209      Tiffany Pennington,    25 Pennsylvania Ave,    Coatesville, PA 19320-3675
516415212      USAA,    10750 W Interstate 10,    San Antonio, TX 78288-1600
516415211      Urgetn Care Egg Harbor,    Attn: IC Systems,    444 Highway 96 E,    Saint Paul, MN 55127-2557
516415213     +Verizon,    500 Technology Dr,    Welson Spring, MO 63304-2225
516415214      Vicky Vila & Darryl Odom,    311 D St Apt 3,    Millville, NJ 08332-2620
516415215      Wills Eye Hospital,    PO Box 829157,    Philadelphia, PA 19182-9157
516415216      Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103
516415217      Zeke's Oil Company,    PO Box 38,    Pomeroy, PA 19367-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516415144      E-mail/Text: bankruptcy@pepcoholdings.com Jan 25 2017 23:12:40     Atlantic City Electric,
               PO Box 13610,    Philadelphia, PA 19101-3610
516415147      E-mail/Text: maria.herron@atlanticare.org Jan 25 2017 23:13:05     Atlantic Surgery Center EHT,
               2500 English Creek Ave,    Egg Harbor Township, NJ 08234-5549
516415167      E-mail/Text: creditonebknotifications@resurgent.com Jan 25 2017 23:12:10     Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
516415169      E-mail/Text: bankruptcy.bnc@ditech.com Jan 25 2017 23:12:40     Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
516415181      E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 23:07:21     Lowe's/Synchrony Bank,
               PO Box 965036,    Orlando, FL 32896-5036
516415189      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2017 23:17:28
               Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
516415203      E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 23:07:43     SYNCB/JC Penney,    PO Box 965036,
               Orlando, FL 32896-5036
516415204     +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 23:08:05     SYNCB/TJX Co PLCC,
               PO Box 965015,    Orlando, FL 32896-5015
516415202     +E-mail/Text: ebnsterling@weltman.com Jan 25 2017 23:12:44     Sterling Incorporated,
               375 Ghent Rd,    Fairlawn, OH 44333-4600
516417963      E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 23:07:21     Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516415206      E-mail/Text: bankruptcy@td.com Jan 25 2017 23:13:03     TD Bank,    POB 219 Operations Center,
               Lewiston, ME 04243-0219
516415210      E-mail/Text: bankruptcy@icsystem.com Jan 25 2017 23:13:35     Urgent Care Egg Harbor,
               c/o IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue,    Suite 400,
               Seattle, WA 98121-3132
516415179*     Jefferson University Hospital,    P.O. Box 3475,    Toledo, OH 43607-0475
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Jan 25, 2017
                              Form ID: pdf905          Total Noticed: 89
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger     doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
               desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szau
               ber@subranni.com;cwild@subranni.com
                                                                                              TOTAL: 9
```