Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on January 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 7 |
|---|---|
| Jimmie D. Wooding, | Case No. 16-28431-JNP |
|  | Hearing Date: January 31, 2017 at 10:00 am |
| Debtor. | Judge: Jerrold N. Poslusny Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

## ORDERED

**DATED: January 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

NJOrdVacStay01                                                              5558-N-8746

Debtor:           Jimmie D. Wooding
Case No.:         16-28431-JNP
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 25 Pennsylvania Avenue, Coatesville, PA 19320;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:  
Jimmie D. Wooding  
    Debtor

Case No. 16-28431-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 31, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db          Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ  08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
          Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
           nj_ecf_notices@buckleymadole.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
           gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
          Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
           desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com
                                                                                                    TOTAL: 9