UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

**Order Filed on March 1, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jimmie D. Wooding

Case No.: 16-28431

Judge: Jerrold N Poslusny Jr

Chapter: 7

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Jimmie D. Wooding

Case No.: 16-28431-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☐ Trustee: ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11   ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Flaster Greenberg P.C.
Address of Professional: 646 Ocean Heights Avenue, Suite 103
Linwood, NJ 08221

☑ Attorney for (check all that apply):
  ☑ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*