UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on March 1, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jimmie D. Wooding

Case No.: 16-28431

Judge: Jerrold N Poslusny Jr

Chapter: 7

Recommended Local Form: ☑ Followed  ☐ Modified

## ORDER AUTHORIZING RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | | |
|---|---|---|
| In re: | Jimmie D. Wooding | |
| Case No.: | 16-28431-JNP | |
| Applicant: | Douglas S. Stanger, Esquire, Chapter 7 Trustee | |

(check all that apply)  ☐ Trustee: ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11    ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Flaster Greenberg P.C.
Address of Professional: 646 Ocean Heights Avenue, Suite 103
Linwood, NJ 08221

☑ Attorney for (check all that apply):
  ☑ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

Case 16-28431-JNP Doc 28 Filed 02/17/17 Entered 02/17/17 13:30:07 Desc Proposed Order    Page 3 of 3

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-28431-JNP
Jimmie D. Wooding                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 01, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
db          Jimmie D. Wooding,     22 Fairway Ave,     Northfield, NJ   08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
               desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com
                                                                                               TOTAL: 9