**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jimmie D. Wooding** | Social Security number or ITIN **xxx–xx–5021** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **16–28431–JNP** | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jimmie D. Wooding

   3/3/17                                                          **By the court:**   Jerrold N. Poslusny Jr.
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                                  Case No. 16-28431-JNP
Jimmie D. Wooding                                                       Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 3         Date Rcvd: Mar 03, 2017
                              Form ID: 318                  Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db            Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ 08225-2326
aty          +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr           +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr           +Nationstar Mortgage LLC,    Robertson, Anschutz, & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr           +RPJ Properties, L.L.C.,    3169 S. Main Road,    Vineland, NJ 08360-7186
cr           +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
               Seattle, WA 98121-3132
516415139     AMC Mortgage Service,    505 City Pkwy W Ste 100,    Orange, CA 92868-2927
516415140     AMCOL Systems, Inc,    Attn: AtlantiCare Regional Med Ctr,    PO Box 21625,
               Columbia, SC 29221-1625
516415143     ARMC Perioperative Program,    Attn: IC Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
516415138     Advanced Anesthesia Assoc. PC,    Attn: Apez Asset Management,    1286 Carmichael Way,
               Montgomery, AL 36106-3645
516415137     Advanced Anesthesia Assoc. PC,    c/o Apex Asset Management,    PO Box 5407,
               Lancaster, PA 17606-5407
516415141     Amerihealth Ins. Co. Of New Jersey,    PO Box 11867,    Newark, NJ 07101-8167
516415142     Apex Asset Management,    Attn: Advanced Anesthesia,    2501 Oregon Pike Ste 102,
               Lancaster, PA 17601-4890
516415145     Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516415146     Atlantic Medical Imaging, LLC,    c/o Rickart Collection Systems,    PO Box 7242,
               North Brunswick, NJ 08902-7242
516415148     Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516415149     Atlanticare Regional Medical Center,    c/o Amcol Systems,    111 Lancewood Rd,
               Columbia, SC 29210-7523
516415150     Bacharach Institute For Rehab,    PO Box 723,    Pomona, NJ 08240-0723
516415151     Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516415153     C & H Collection Services Inc,    1 Federal St # N-100,    Camden, NJ 08103-1091
516415156     Capital One Bank (USA) NA,    c/o Lyons, Doughty & Veldhuis, PC,    PO Box 1269,
               Mount Laurel, NJ 08054-7269
516415158    +Capizola, Pancari, Lapham & Fralinger,    100 N Main Rd,    Vineland, NJ 08360-8299
516415159     Caris MPI Inc,    PO Box 841943,    Dallas, TX 75284-1943
516415163    +City Of Northfield Tax Collector,    1600 Shore Rd,    Northfield, NJ 08225-2201
516415160     City of Coatesville,    c/o Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
516415161     City of Millville Tax Collector,    PO Box 609,    Millville, NJ 08332-0609
516415162     City of Millville Utility Department,    PO Box 609,    Millville, NJ 08332-0609
516415164     Comcast Cable,    Attn: Enhanced Recovery Corp,    PO Box 57547,    Jacksonville, FL 32241-7547
516415166     Cooper University Health,    PO Box 1022,    Wixom, MI 48393-1022
516415168     Dawn Williams & Warren Walker,    311 D St,    Millville, NJ 08332-2620
516415170     Dominique Kitchen & Idaylz Rodriguez,    401 W McNeal St,    Millville, NJ 08332-3742
516415171     Elenora Lawson,    401 W McNeal St,    Millville, NJ 08332-3742
516415172     Eric Johnson,    700 N Franklin Blvd,    Pleasantville, NJ 08232-1586
516415173     Frankel Ortho & Sports Med,    PO Box 8627,    Cherry Hill, NJ 08002-0627
516415174     Glenne Drummond,    401 W McNeal St,    Millville, NJ 08332-3742
516415175    +Homeward Residential,    1525 S. Beltine,    Coppell, TX 75019-4913
516415176     Iissha garcia & Joseph Thomas,    311 D St,    Millville, NJ 08332-2620
516415177     Jefferson University Hospita,    Attn: ProCo,    PO Box 2462,    Aston, PA 19014-0462
516415178     Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
516415180    +LabCorp,    POB 2240,    Burlington, NC 27216-2240
516415182     Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516415184     Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516415185     Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516415183     Nationstar Mortgage,    Attn: RAS Citron, LLC,    130 Clinton Rd Ste 202,
               Fairfield, NJ 07004-2927
516469732    +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
               Suite 100,    Boca Raton FL 33487-2853
516415186     Nellie Pennington,    25 Pennsylvania Ave,    Coatesville, PA 19320-3675
516415187     OCWEN Loan Servicing, LLC,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516415188     Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
516415190     ProCo,    Attn: Jefferson University Hospital,    PO Box 2462,    Aston, PA 19014-0462
516415194     RPJ Properties LLC,    c/o Capizola, Pancari, Lapham & Fralinge,    100 N Main Rd,
               Vineland, NJ 08360-8244
516415191     Recon Ortho Assoc. II, PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516415192    +Rickart Collection Systems, Inc.,    POB 7242 Attn: Atlantic Medical Imaging,
               North Burnswick, NJ 08902-7242
516415193    +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516415196     Shore Medical Cente,    Attn: ROI,    PO Box 549,    Timonium, MD 21094-0549
516415197     Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
516415198    +Shoreline Endocrine And Medical Assoc,    2500 English Creek Ave, Ste 605,
               Egg Harbor Twp, NJ 08234-5588
516415199     Society Hill Anesthesia Consultants,    PO Box 414853,    Boston, MA 02241-4853
516415200    +South Jersey Gas,    POB 577 Customer Care Center,    Hammonton, NJ 08037-0577
516415201     State of New Jersey,    Dept. Community Affairs,    PO Box 810,    Trenton, NJ 08625-0810
```

```
District/off: 0312-1          User: admin              Page 2 of 3               Date Rcvd: Mar 03, 2017
                              Form ID: 318             Total Noticed: 90


516415205      Synchrony Bank,    Attn: Selip & Stylianou,     PO Box 914,    Paramus, NJ  07653-0914
516415207      The Sklyline Condo Assoc.,    Att: Callaghan Thompson et al,    2428 Atlantic Ave,
                Atlantic City, NJ  08401-6631
516415208     +Thompson Realty Company,    1613 Atlantic Ave,    Atlantic City, NJ 08401-6969
516415209      Tiffany Pennington,    25 Pennsylvania Ave,    Coatesville, PA  19320-3675
516415211      Urgetn Care Egg Harbor,    Attn: IC Systems,    444 Highway 96 E,    Saint Paul, MN  55127-2557
516415214      Vicky Vila & Darryl Odom,    311 D St Apt 3,    Millville, NJ  08332-2620
516415215      Wills Eye Hospital,    PO Box 829157,    Philadelphia, PA  19182-9157
516415216      Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA  19182-7103
516415217      Zeke's Oil Company,    PO Box 38,    Pomeroy, PA  19367-0038
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2017 23:25:05     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2017 23:25:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516415144      E-mail/Text: bankruptcy@pepcoholdings.com Mar 03 2017 23:24:43     Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA  19101-3610
516415147      E-mail/Text: maria.herron@atlanticare.org Mar 03 2017 23:25:09     Atlantic Surgery Center EHT,
                2500 English Creek Ave,    Egg Harbor Township, NJ  08234-5549
516415152     +EDI: TSYS2.COM Mar 03 2017 23:13:00      Barclays Bank Delaware,    POB 8803,
                Wilmington, DE 19899-8803
516415154     +EDI: CAPITALONE.COM Mar 03 2017 23:13:00      Capital One,    POB 30281,
                Salt Lake City, UT 84130-0281
516415155      EDI: CAPITALONE.COM Mar 03 2017 23:13:00      Capital One /Best Buy,    PO Box 5253,
                Carol Stream, IL  60197-5253
516415157      EDI: CAPITALONE.COM Mar 03 2017 23:13:00      Capital One Bank (USA) NA,    PO Box 71083,
                Charlotte, NC  28272-1083
516415165      EDI: WFNNB.COM Mar 03 2017 23:13:00      Comenity Capital/Boscovs,    PO Box 182120,
                Columbus, OH  43218-2120
516415167      EDI: RCSFNBMARIN.COM Mar 03 2017 23:13:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV  89193-8873
516415169      E-mail/Text: bankruptcy.bnc@ditech.com Mar 03 2017 23:24:46     Ditech Financial LLC,
                PO Box 6172,    Rapid City, SD  57709-6172
516415181      EDI: RMSC.COM Mar 03 2017 23:13:00      Lowe's/Synchrony Bank,    PO Box 965036,
                Orlando, FL  32896-5036
516415189      EDI: PRA.COM Mar 03 2017 23:13:00      Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,
                Norfolk, VA  23502-4962
516415203      EDI: RMSC.COM Mar 03 2017 23:13:00      SYNCB/JC Penney,    PO Box 965036,
                Orlando, FL  32896-5036
516415204     +EDI: RMSC.COM Mar 03 2017 23:13:00      SYNCB/TJX Co PLCC,    PO Box 965015,
                Orlando, FL 32896-5015
516415195      EDI: SEARS.COM Mar 03 2017 23:13:00      Sears/CBNA,    POB 6282,    Sioux Falls, SD  57117-6282
516415202     +E-mail/Text: ebnsterling@weltman.com Mar 03 2017 23:24:50     Sterling Incorporated,
                375 Ghent Rd,    Fairlawn, OH 44333-4600
516417963      EDI: RMSC.COM Mar 03 2017 23:13:00      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516415206      EDI: TDBANKNORTH.COM Mar 03 2017 23:13:00      TD Bank,    POB 219 Operations Center,
                Lewiston, ME  04243-0219
516415212      EDI: USAA.COM Mar 03 2017 23:13:00      USAA,    10750 W Interstate 10,
                San Antonio, TX  78288-1600
516415210      EDI: IIC9.COM Mar 03 2017 23:13:00      Urgent Care Egg Harbor,    c/o IC System,    PO Box 64437,
                Saint Paul, MN  55164-0437
516415213     +EDI: VERIZONEAST.COM Mar 03 2017 23:13:00      Verizon,    500 Technology Dr,
                Welson Spring, MO 63304-2225
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue,    Suite 400,
                Seattle, WA 98121-3132
516415179*    Jefferson University Hospital,    P.O. Box 3475,    Toledo, OH  43607-0475
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 3 of 3          Date Rcvd: Mar 03, 2017
                              Form ID: 318             Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor   RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding ecf@subranni.com,
               desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szau
               ber@subranni.com;cwild@subranni.com
                                                                                             TOTAL: 9
```