Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  16−28431−JNP
                      Chapter:  7
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jimmie D. Wooding
   22 Fairway Ave
   Northfield, NJ 08225−2326

Social Security No.:
   xxx−xx−5021

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/20/18
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Flaster Greenberg, P.C., Trustee's Attorney

COMMISSION OR FEES
$1,631.75

EXPENSES
$27.20

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 13, 2018
JAN:

                                                                              Jeanne Naughton
                                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 16-28431-JNP
Jimmie D. Wooding                                              Chapter 7
       Debtor               CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 3          Date Rcvd: Nov 13, 2018
                              Form ID: 137              Total Noticed: 95


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             #Jimmie D. Wooding,    22 Fairway Ave,     Northfield, NJ 08225-2326
aty            +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue,     Suite 103,    Linwood, NJ 08221-1011
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,     99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +RPJ Properties, L.L.C.,    3169 S. Main Road,    Vineland, NJ 08360-7186
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,     2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
516415139       AMC Mortgage Service,    505 City Pkwy W Ste 100,    Orange, CA 92868-2927
516415140       AMCOL Systems, Inc,    Attn: AtlantiCare Regional Med Ctr,     PO Box 21625,
                 Columbia, SC 29221-1625
516415143       ARMC Perioperative Program,    Attn: IC Systems,    PO Box 64437,     Saint Paul, MN 55164-0437
516415138       Advanced Anesthesia Assoc. PC,    Attn: Apez Asset Management,     1286 Carmichael Way,
                 Montgomery, AL 36106-3645
516415137       Advanced Anesthesia Assoc. PC,    c/o Apex Asset Management,     PO Box 5407,
                 Lancaster, PA 17606-5407
516415141       Amerihealth Ins. Co. Of New Jersey,     PO Box 11867,    Newark, NJ 07101-8167
516415142       Apex Asset Management,    Attn: Advanced Anesthesia,     2501 Oregon Pike Ste 102,
                 Lancaster, PA 17601-4890
516415145       Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516415146       Atlantic Medical Imaging, LLC,    c/o Rickart Collection Systems,     PO Box 7242,
                 North Brunswick, NJ 08902-7242
516415149       Atlanticare Regional Medical Center,     c/o Amcol Systems,    111 Lancewood Rd,
                 Columbia, SC 29210-7523
516415150       Bacharach Institute For Rehab,    PO Box 723,    Pomona, NJ 08240-0723
516415151       Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516415152      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
516415156       Capital One Bank (USA) NA,    c/o Lyons, Doughty & Veldhuis, PC,     PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516415158      +Capizola, Pancari, Lapham & Fralinger,     100 N Main Rd,    Vineland, NJ 08360-8299
516415159       Caris MPI Inc,    PO Box 841943,    Dallas, TX 75284-1943
516415163      +City Of Northfield Tax Collector,     1600 Shore Rd,    Northfield, NJ 08225-2201
516415160       City of Coatesville,    c/o Portnoff Law Associates,     PO Box 3020,    Norristown, PA 19404-3020
516415164       Comcast Cable,    Attn: Enhanced Recovery Corp,    PO Box 57547,     Jacksonville, FL 32241-7547
516415166       Cooper University Health,    PO Box 1022,    Wixom, MI 48393-1022
516415168       Dawn Williams & Warren Walker,    311 D St,    Millville, NJ 08332-2620
516415170       Dominique Kitchen & Idaylz Rodriguez,     401 W McNeal St,    Millville, NJ 08332-3742
516415172       Eric Johnson,    700 N Franklin Blvd,    Pleasantville, NJ 08232-1586
516415173       Frankel Ortho & Sports Med,    PO Box 8627,    Cherry Hill, NJ 08002-0627
516415174       Glenne Drummond,    401 W McNeal St,    Millville, NJ 08332-3742
516415175      +Homeward Residential,    1525 S. Beltine,    Coppell, TX 75019-4913
516415176       Iissha garcia & Joseph Thomas,    311 D St,    Millville, NJ 08332-2620
516415177       Jefferson University Hospita,    Attn: ProCo,    PO Box 2462,    Aston, PA 19014-0462
516415178       Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
516415180      +LabCorp,   POB 2240,    Burlington, NC 27216-2240
516415182       Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516415184       Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516415185       Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516415183       Nationstar Mortgage,    Attn: RAS Citron, LLC,    130 Clinton Rd Ste 202,
                 Fairfield, NJ 07004-2927
516469732      +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,     6409 Congress Ave.,
                 Suite 100,   Boca Raton FL 33487-2853
516415186      #Nellie Pennington,    25 Pennsylvania Ave,    Coatesville, PA 19320-3675
516415187       OCWEN Loan Servicing, LLC,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516415188       Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
516415190       ProCo,   Attn: Jefferson University Hospital,    PO Box 2462,    Aston, PA 19014-0462
516415194       RPJ Properties LLC,    c/o Capizola, Pancari, Lapham & Fralinge,     100 N Main Rd,
                 Vineland, NJ 08360-8244
516415191       Recon Ortho Assoc. II, PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516415192      +Rickart Collection Systems, Inc.,     POB 7242 Attn: Atlantic Medical Imaging,
                 North Burnswick, NJ 08902-7242
516415193      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516415195       Sears/CBNA,    POB 6282,   Sioux Falls, SD 57117-6282
516415196       Shore Medical Cente,    Attn: ROI,    PO Box 549,    Timonium, MD 21094-0549
516415197       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
516707054      +Skyline Condominium Association,     Callaghan, Thompson and Thompson,    2428 Atlantic Avenue,
                 Atlantic City, NJ 08401-6631
516415199       Society Hill Anesthesia Consultants,     PO Box 414853,    Boston, MA 02241-4853
516415200      +South Jersey Gas,    POB 577 Customer Care Center,    Hammonton, NJ 08037-0577
516415201       State of New Jersey,    Dept. Community Affairs,    PO Box 810,    Trenton, NJ 08625-0810
516415205       Synchrony Bank,    Attn: Selip & Stylianou,    PO Box 914,    Paramus, NJ 07653-0914
516415207       The Skyline Condo Assoc.,    Att: Callaghan Thompson et al,     2428 Atlantic Ave,
                 Atlantic City, NJ 08401-6631
```

```
District/off: 0312-1          User: admin              Page 2 of 3                   Date Rcvd: Nov 13, 2018
                              Form ID: 137             Total Noticed: 95


516415208      +Thompson Realty Company,    1613 Atlantic Ave,   Atlantic City, NJ 08401-6969
516415209      #Tiffany Pennington,    25 Pennsylvania Ave,   Coatesville, PA  19320-3675
516415212       USAA,    10750 W Interstate 10,   San Antonio, TX  78288-1600
516415210       Urgent Care Egg Harbor,    c/o IC System,    PO Box 64437,   Saint Paul, MN  55164-0437
516415211       Urgetn Care Egg Harbor,    Attn: IC Systems,    444 Highway 96 E,   Saint Paul, MN  55127-2557
516415214       Vicky Vila & Darryl Odom,    311 D St Apt 3,   Millville, NJ  08332-2620
516415215       Wills Eye Hospital,    PO Box 829157,   Philadelphia, PA  19182-9157
516415216       Wills Eye Ophthalmology Clinic,    PO Box 827103,   Philadelphia, PA  19182-7103
516415217       Zeke's Oil Company,    PO Box 38,   Pomeroy, PA  19367-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
516784712       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2018 00:31:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516734149       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 00:31:19
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
516415144       E-mail/Text: bankruptcy@pepcoholdings.com Nov 14 2018 00:22:47      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA  19101-3610
516749917       E-mail/Text: bankruptcy@pepcoholdings.com Nov 14 2018 00:22:48
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516415147       E-mail/Text: maria.herron@atlanticare.org Nov 14 2018 00:23:10      Atlantic Surgery Center EHT,
                 2500 English Creek Ave,    Egg Harbor Township, NJ  08234-5549
516415148       E-mail/Text: barbara.king@atlanticare.org Nov 14 2018 00:22:30
                 Atlanticare Regional Medical Center,    PO Box 786361,   Philadelphia, PA  19178-6361
516415153       E-mail/Text: info@chcollects.com Nov 14 2018 00:23:42      C & H Collection Services Inc,
                 1 Federal St # N-100,    Camden, NJ  08103-1091
516415154      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:09      Capital One,
                 POB 30281,    Salt Lake City, UT 84130-0281
516415155       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:52
                 Capital One /Best Buy,    PO Box 5253,    Carol Stream, IL  60197-5253
516415157       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:29
                 Capital One Bank (USA) NA,    PO Box 71083,    Charlotte, NC  28272-1083
516415161       E-mail/Text: tracey.gregoire@millvillenj.gov Nov 14 2018 00:23:07
                 City of Millville Tax Collector,    PO Box 609,   Millville, NJ  08332-0609
516415162       E-mail/Text: tracey.gregoire@millvillenj.gov Nov 14 2018 00:23:07
                 City of Millville Utility Department,    PO Box 609,   Millville, NJ  08332-0609
516415165       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 00:22:56      Comenity Capital/Boscovs,
                 PO Box 182120,    Columbus, OH  43218-2120
516415167       E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2018 00:20:54      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV  89193-8873
516823670      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2018 00:31:34      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516415169       E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2018 00:22:48      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD  57709-6172
516415181       E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:27      Lowe's/Synchrony Bank,
                 PO Box 965036,    Orlando, FL  32896-5036
516415189       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 00:20:30
                 Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,   Norfolk, VA  23502-4962
516839149       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 00:20:10
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,   Norfolk VA 23541
516734088      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 00:31:18      PYOD LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
516415203       E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:50      SYNCB/JC Penney,   PO Box 965036,
                 Orlando, FL  32896-5036
516415204      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:08      SYNCB/TJX Co PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
516415202      +E-mail/Text: BKRMailOPS@weltman.com Nov 14 2018 00:22:50      Sterling Incorporated,
                 375 Ghent Rd,    Fairlawn, OH 44333-4600
516417963       E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:51      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516415206       E-mail/Text: bankruptcy@td.com Nov 14 2018 00:23:09      TD Bank,   POB 219 Operations Center,
                 Lewiston, ME  04243-0219
516415213      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 14 2018 00:22:29
                 Verizon,    500 Technology Dr,   Welson Spring, MO 63304-2225
                                                                                              TOTAL: 28
```

```
District/off: 0312-1           User: admin                  Page 3 of 3                  Date Rcvd: Nov 13, 2018
                               Form ID: 137                 Total Noticed: 95

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr*          +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue,   Suite 400,
               Seattle, WA 98121-3132
516415179*    Jefferson University Hospital,     P.O. Box 3475,    Toledo, OH 43607-0475
516415171    ##Elenora Lawson,    401 W McNeal St,    Millville, NJ 08332-3742
516415198    ##+Shoreline Endocrine And Medical Assoc,    2500 English Creek Ave, Ste 605,
               Egg Harbor Twp, NJ 08234-5588
                                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor   RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Attorney   Flaster Greenberg, P.C.
               doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
               ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                              TOTAL: 10
```