Order Filed on December 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Counsel for Chapter 7 Trustee |
| IN RE:<br><br>**Jimmie D. Wooding,**<br><br>Debtor(s) |

CAMDEN VICINAGE

Case No.: 16-28431

Judge: Jerrold N. Poslusny, Jr.

### ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6964650 v1

**(Page 2)**
**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order:** Order Authorizing Compensation of Interim Fees and Expenses

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Interim Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326;

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES | EXPENSES |
| --- | --- | --- |
| Flaster/Greenberg P.C. | $ 1,631.75 | $ 27.20 |

6964650 v1