UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: 16-28431-JNP
                                          Chapter: 7
Jimmie D. Wooding                         Judge:    Jerrold N. Poslusny Jr.

NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on January 29, 2019 _at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$97,000.00  27 Pennsylvania Avenue Coatsville, PA 19320

Liens on property:

$96,799.00 Natiostar Mortgage

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 16-28431-JNP
Jimmie D. Wooding                                                   Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Dec 27, 2018
                               Form ID: pdf905              Total Noticed: 95


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db             #Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ 08225-2326
aty            +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue,    Suite 103,    Linwood, NJ 08221-1011
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +RPJ Properties, L.L.C.,    3169 S. Main Road,    Vineland, NJ 08360-7186
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
516415139       AMC Mortgage Service,    505 City Pkwy W Ste 100,    Orange, CA 92868-2927
516415140       AMCOL Systems, Inc,    Attn: AtlantiCare Regional Med Ctr,    PO Box 21625,
                 Columbia, SC 29221-1625
516415143       ARMC Perioperative Program,    Attn: IC Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
516415138       Advanced Anesthesia Assoc. PC,    Attn: Apez Asset Management,    1286 Carmichael Way,
                 Montgomery, AL 36106-3645
516415137       Advanced Anesthesia Assoc. PC,    c/o Apex Asset Management,    PO Box 5407,
                 Lancaster, PA 17606-5407
516415141       Amerihealth Ins. Co. Of New Jersey,    PO Box 11867,    Newark, NJ 07101-8167
516415142       Apex Asset Management,    Attn: Advanced Anesthesia,    2501 Oregon Pike Ste 102,
                 Lancaster, PA 17601-4890
516415145       Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516415146       Atlantic Medical Imaging, LLC,    c/o Rickart Collection Systems,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
516415149       Atlanticare Regional Medical Center,    c/o Amcol Systems,    111 Lancewood Rd,
                 Columbia, SC 29210-7523
516415150       Bacharach Institute For Rehab,    PO Box 723,    Pomona, NJ 08240-0723
516415151       Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516415152      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
516415156       Capital One Bank (USA) NA,    c/o Lyons, Doughty & Veldhuis, PC,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516415158      +Capizola, Pancari, Lapham & Fralinger,    100 N Main Rd,    Vineland, NJ 08360-8299
516415159       Caris MPI Inc,    PO Box 841943,    Dallas, TX 75284-1943
516415163      +City Of Northfield Tax Collector,    1600 Shore Rd,    Northfield, NJ 08225-2201
516415160       City of Coatesville,    c/o Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
516415164       Comcast Cable,    Attn: Enhanced Recovery Corp,    PO Box 57547,    Jacksonville, FL 32241-7547
516415166       Cooper University Health,    PO Box 1022,    Wixom, MI 48393-1022
516415168       Dawn Williams & Warren Walker,    311 D St,    Millville, NJ 08332-2620
516415170       Dominique Kitchen & Idaylz Rodriguez,    401 W McNeal St,    Millville, NJ 08332-3742
516415171      +Elenora Lawson,    210 E. Broad Street,    Millville, NJ 08332-2737
516415172       Eric Johnson,    700 N Franklin Blvd,    Pleasantville, NJ 08232-1586
516415173       Frankel Ortho & Sports Med,    PO Box 8627,    Cherry Hill, NJ 08002-0627
516415174       Glenne Drummond,    401 W McNeal St,    Millville, NJ 08332-3742
516415175      +Homeward Residential,    1525 S. Beltine,    Coppell, TX 75019-4913
516415176       Iissha garcia & Joseph Thomas,    311 D St,    Millville, NJ 08332-2620
516415177       Jefferson University Hospita,    Attn: ProCo,    PO Box 2462,    Aston, PA 19014-0462
516415178       Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
516415180      +LabCorp,    POB 2240,    Burlington, NC 27216-2240
516415182       Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516415184       Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516415185       Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516415183       Nationstar Mortgage,    Attn: RAS Citron, LLC,    130 Clinton Rd Ste 202,
                 Fairfield, NJ 07004-2927
516469732      +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton FL 33487-2853
516415187       OCWEN Loan Servicing, LLC,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516415188       Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
516415190       ProCo,    Attn: Jefferson University Hospital,    PO Box 2462,    Aston, PA 19014-0462
516415194       RPJ Properties LLC,    c/o Capizola, Pancari, Lapham & Fralinge,    100 N Main Rd,
                 Vineland, NJ 08360-8244
516415191       Recon Ortho Assoc. II, PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516415192      +Rickart Collection Systems, Inc.,    POB 7242 Attn: Atlantic Medical Imaging,
                 North Burnswick, NJ 08902-7242
516415193      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516415195       Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
516415196       Shore Medical Cente,    Attn: ROI,    PO Box 549,    Timonium, MD 21094-0549
516415197       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
516415198      +Shoreline Endocrine And Medical Assoc,    707 White Horse Pike,    Suite C1,
                 Absecon, NJ 08201-1461
516707054      +Skyline Condominium Association,    Callaghan, Thompson and Thompson,    2428 Atlantic Avenue,
                 Atlantic City, NJ 08401-6631
516415199       Society Hill Anesthesia Consultants,    PO Box 414853,    Boston, MA 02241-4853
516415200      +South Jersey Gas,    POB 577 Customer Care Center,    Hammonton, NJ 08037-0577
516415201       State of New Jersey,    Dept. Community Affairs,    PO Box 810,    Trenton, NJ 08625-0810
516415205       Synchrony Bank,    Attn: Selip & Stylianou,    PO Box 914,    Paramus, NJ 07653-0914
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Dec 27, 2018
                              Form ID: pdf905          Total Noticed: 95


516415207         The Skyline Condo Assoc.,   Att: Callaghan Thompson et al,    2428 Atlantic Ave,
                   Atlantic City, NJ 08401-6631
516415208        +Thompson Realty Company,    1613 Atlantic Ave,    Atlantic City, NJ 08401-6969
516415212         USAA,   10750 W Interstate 10,    San Antonio, TX 78288-1600
516415210         Urgent Care Egg Harbor,   c/o IC System,   PO Box 64437,    Saint Paul, MN 55164-0437
516415211         Urgetn Care Egg Harbor,   Attn: IC Systems,   444 Highway 96 E,    Saint Paul, MN 55127-2557
516415214         Vicky Vila & Darryl Odom,   311 D St Apt 3,    Millville, NJ 08332-2620
516415215         Wills Eye Hospital,   PO Box 829157,   Philadelphia, PA 19182-9157
516415216         Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103
516415217         Zeke's Oil Company,   PO Box 38,   Pomeroy, PA 19367-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50      U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516784712         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2018 23:31:00
                   American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                   Oklahoma City, OK 73124-8838
516734149         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 23:20:03
                   Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
516415144         E-mail/Text: bankruptcy@pepcoholdings.com Dec 27 2018 23:24:11      Atlantic City Electric,
                   PO Box 13610,   Philadelphia, PA 19101-3610
516749917         E-mail/Text: bankruptcy@pepcoholdings.com Dec 27 2018 23:24:11
                   Atlantic City Electric Company,   Pepco Holdings, Inc.,
                   Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                   Carneys Point, NJ 08069-3600
516415147         E-mail/Text: maria.herron@atlanticare.org Dec 27 2018 23:24:53      Atlantic Surgery Center EHT,
                   2500 English Creek Ave,   Egg Harbor Township, NJ 08234-5549
516415148         E-mail/Text: nicole.watts@atlanticare.org Dec 27 2018 23:23:41
                   Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516415153         E-mail/Text: info@chcollects.com Dec 27 2018 23:25:48      C & H Collection Services Inc,
                   1 Federal St # N-100,   Camden, NJ 08103-1091
516415154        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:19:53      Capital One,
                   POB 30281,   Salt Lake City, UT 84130-0281
516415155         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:19:14
                   Capital One /Best Buy,   PO Box 5253,    Carol Stream, IL 60197-5253
516415157         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:20:36
                   Capital One Bank (USA) NA,    PO Box 71083,    Charlotte, NC 28272-1083
516415161         E-mail/Text: tracey.gregoire@millvillenj.gov Dec 27 2018 23:24:49
                   City of Millville Tax Collector,    PO Box 609,    Millville, NJ 08332-0609
516415162         E-mail/Text: tracey.gregoire@millvillenj.gov Dec 27 2018 23:24:49
                   City of Millville Utility Department,    PO Box 609,    Millville, NJ 08332-0609
516415165         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 27 2018 23:24:29      Comenity Capital/Boscovs,
                   PO Box 182120,   Columbus, OH 43218-2120
516415167         E-mail/PDF: creditonebknotifications@resurgent.com Dec 27 2018 23:19:20      Credit One Bank,
                   PO Box 98873,   Las Vegas, NV 89193-8873
516823670        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2018 23:31:00      Directv, LLC,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516415169         E-mail/Text: bankruptcy.bnc@ditech.com Dec 27 2018 23:24:13      Ditech Financial LLC,
                   PO Box 6172,   Rapid City, SD 57709-6172
516415181         E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:26      Lowe's/Synchrony Bank,
                   PO Box 965036,   Orlando, FL 32896-5036
516415189         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:19:57
                   Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
516839149         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:41:59
                   Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,    Norfolk VA 23541
516734088        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 23:20:02      PYOD LLC,
                   c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
516415203         E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:26      SYNCB/JC Penney,   PO Box 965036,
                   Orlando, FL 32896-5036
516415204        +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:26      SYNCB/TJX Co PLCC,
                   PO Box 965015,   Orlando, FL 32896-5015
516415202        +E-mail/Text: BKRMailOPS@weltman.com Dec 27 2018 23:24:16      Sterling Incorporated,
                   375 Ghent Rd,   Fairlawn, OH 44333-4600
516417963         E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:04      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
516415206         E-mail/Text: bankruptcy@td.com Dec 27 2018 23:24:52      TD Bank,   POB 219 Operations Center,
                   Lewiston, ME 04243-0219
516415213        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 27 2018 23:23:39
                   Verizon,   500 Technology Dr,   Welson Spring, MO 63304-2225
                                                                                              TOTAL: 28
```

```
District/off: 0312-1          User: admin              Page 3 of 3                Date Rcvd: Dec 27, 2018
                              Form ID: pdf905          Total Noticed: 95
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Flaster Greenberg, P.C.,   646 Ocean Heights Avenue, Suite 103,   Linwood,, NJ 08221-1011
cr*          +USAA Federal Savings Bank,   Weinstein & Riley, P.S.,   2001 Western Avenue,  Suite 400,
               Seattle, WA 98121-3132
516415179*    Jefferson University Hospital,   P.O. Box 3475,   Toledo, OH  43607-0475
516415186    ##Nellie Pennington,   25 Pennsylvania Ave,   Coatesville, PA  19320-3675
516415209    ##Tiffany Pennington,   25 Pennsylvania Ave,   Coatesville, PA  19320-3675
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:

```
          Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger     doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
           doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Jeanie D. Wiesner    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
           ecorma@subranni.com;cwild@subranni.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Thomas J Subranni    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
           ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                         TOTAL: 11
```