Notice of Returned Mail to Debtor/Debtor's Attorney

January 14, 2019

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Jimmie D. Wooding, Case Number 16-28431, JNP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**401 Market Street**
**Camden, NJ 08102**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

OCWEN Loan Servicing, LLC
12650 Ingenuity Dr
Orlando, FL 32826-2703

THE UPDATED ADDRESS IS:

1661 Worthington Road
Suite 100
West Palm Beach
Florida, 33409

Signature of Debtor or Debtor's Attorney    Date 1/23/2018

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.