Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 29, 2018

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Jimmie D. Wooding, Case Number 16-28431, JNP

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 25 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102**

---

Undeliverable Address:
Nellie Pennington
25 Pennsylvania Ave
Coatesville, PA 19320-3675

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 752 E DIAMOND ST, COATESVILLE PA 19320-3329 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
752 E. Diamond St, Coatesville PA 19320

---

Undeliverable Address:
Tiffany Pennington
25 Pennsylvania Ave
Coatesville, PA 19320-3675

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 516 HARMONY ST, COATESVILLE PA 19320-3417 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
516 Harmony Street, Coatesville PA 19320

12/28/2018

_____       _____
Signature of Debtor or Debtor's Attorney                                Date  12/28/2018

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

12/28/2018