**FLASTER GREENBERG**
Attorneys at Law | A Professional Corporation

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial  (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

April 15, 2019

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:  Jimmie D. Wooding
     Case No. 16-28431-JNP
     Status Hearing: April 16, 2019 at 11:00 a.m.

Dear Judge Poslusny:

   Please accept this letter in lieu of a more formal response to the scheduled status hearing. The asset in this case has now been fully administered. However, we are expecting a refund of insurance paid.

   Upon receipt of the insurance proceeds, a Final Report will be prepared and processed.

   I would respectfully request that the next status conference be in approximately two months.

   Thank you for your attention to this matter.

                                        Respectfully Submitted,
                                        FLASTER/GREENBERG P.C.

                                        *[signature]*

                                        Douglas S. Stanger

DSS/dj

7208840 v2