**FLASTER GREENBERG**
Attorneys at Law | A Professional Corporation

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

June 17, 2019

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:  Jimmie D. Wooding
     Case No. 16-28431-JNP
     Status Hearing: June 18, 2019 at 11:00 a.m.

Dear Judge Poslusny:

Please accept this letter in lieu of a more formal response to the scheduled status hearing. The asset in this case has now been fully administered. We last reported that we were expecting a pro-rated refund from the insurance company that was insuring the asset in this case. The proceeds have not yet been received.

Upon receipt of the insurance proceeds, a Final Report will be prepared and submitted.

I would respectfully request that the next status conference be in approximately three months.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

Douglas S. Stanger

DSS/dj

7293959 v1