**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for Trustee

**Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: <br><br> Jimmie D. Wooding, <br><br> Debtor(s) | CAMDEN VICINAGE <br> Chapter 7 <br><br> Case No. 16-28431 <br><br> Honorable Jerrold N. Poslusny, Jr. |
|---|---|

### CONSENT ORDER ON OBJECTION/RECLASSIFICATION OF CLAIM PURSUANT TO 11 U.S.C. § 502(A) AND RULES 3007 AND 9014 OF THE RULES OF BANKRUPTCY PROCEDURE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7428741 v1

**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order:** <u>Order Objection/Reclassification of Claims Pursuant To 11 U.S.C. § 502(A) And Rules 3007 And 9014 Of The Rules Of Bankruptcy Procedure</u>

**THIS MATTER** coming before the Court by the Trustee for Objection/Reclassification of Claims Pursuant To 11 U.S.C. § 502(A) And Rules 3007 And 9014 of the Rules of Bankruptcy Procedure by and through his counsel, Flaster/Greenberg, P.C and; William A. Thompson, III, of Callaghan Thompson & Thompson, on behalf of Creditor, Skyline Condominium Association, having consented to the relief requested by Trustee and; the Trustee and William A. Thompson, III having amicably resolved the objection, it is hereby

**ORDERED and ADJUDGED** as follows:

Claim #2 by Skyline Condominium Association filed on March 17, 2017 by William A. Thompson, III, of Callaghan Thompson & Thompson on behalf of Creditor, is hereby amended/reclassified as an unsecured claim and will receive payment with other unsecured creditors.

The form and entry of the within order
is hereby acknowledged and agreed to:

CALLAGHAN THOMPSON & THOMPSON

_____
WILLIAM A. THOMPSON, III, ESQUIRE

Dated: 10/7/19

FLASTER/GREENBERG, P.C.

_____
DOUGLAS S. STANGER, TRUSTEE

Dated: 10-7-2019

7428741 v1