Douglas S. Stanger (DS 5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for Trustee

Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | CAMDEN VICINAGE |
| --- | --- |
| Jimmie D. Wooding, | Chapter 7 |
| Debtor(s) | Case No. 16-28431 |
|  | Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER ON OBJECTION/RECLASSIFICATION OF CLAIM PURSUANT TO 11 U.S.C. § 502(A) AND RULES 3007 AND 9014 OF THE RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7428741 v1

**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order:** <u>Order Objection/Reclassification of Claims Pursuant To 11 U.S.C. § 502(A) And Rules 3007 And 9014 Of The Rules Of Bankruptcy Procedure</u>

  **THIS MATTER** coming before the Court by the Trustee for Objection/Reclassification of Claims Pursuant To 11 U.S.C. § 502(A) And Rules 3007 And 9014 of the Rules of Bankruptcy Procedure by and through his counsel, Flaster/Greenberg, P.C and; William A. Thompson, III, of Callaghan Thompson & Thompson, on behalf of Creditor, Skyline Condominium Association, having consented to the relief requested by Trustee and; the Trustee and William A. Thompson, III having amicably resolved the objection, it is hereby

  **ORDERED and ADJUDGED** as follows:

  Claim #2 by Skyline Condominium Association filed on March 17, 2017 by William A. Thompson, III, of Callaghan Thompson & Thompson on behalf of Creditor, is hereby amended/reclassified as an unsecured claim and will receive payment with other unsecured creditors.

The form and entry of the within order
is hereby acknowledged and agreed to:

CALLAGHAN THOMPSON & THOMPSON    FLASTER/GREENBERG, P.C.

_____    _____
WILLIAM A. THOMPSON, III, ESQUIRE    DOUGLAS S. STANGER, TRUSTEE

Dated: 10/7/19    Dated: 10-7-2019

7428741 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Jimmie D. Wooding  
    Debtor

Case No. 16-28431-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 08, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db            #Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ   08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
         Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com  
         Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C. doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
         Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com, dss@trustesolutions.net  
         Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Jeanie D. Wiesner    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
                                                                                                TOTAL: 10