| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Counsel for Chapter 7 Trustee | Order Filed on October 25, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>**Jimmie D. Wooding,**<br><br>Debtor(s) | **CAMDEN VICINAGE**<br><br>Case No.: 16-28431<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER AUTHORIZING FINAL COMPENSATION OF FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 25, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7406764 v1

**(Page 2)**
**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order:** Order Authorizing Compensation of Final Fees

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326;

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES |
|---|---|
| Flaster/Greenberg P.C. | $ 926.50 |

7406764 v1