UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DSS5141
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

Order Filed on October 25, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

**Jimmie D. Wooding,**

                    Debtor(s)

**CAMDEN VICINAGE**

Case No.: 16-28431

Judge: Jerrold N. Poslusny, Jr.

## ORDER AUTHORIZING FINAL COMPENSATION OF FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7406764 v1

**(Page 2)**
**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order:** Order Authorizing Compensation of Final Fees

---

THIS MATTER having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326;

ORDERED AND DIRECTED that reasonable compensation for actual and necessary fees incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES |
|---|---|
| Flaster/Greenberg P.C. | $ 926.50 |

7406764 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 16-28431-JNP
Jimmie D. Wooding                                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db              #Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ  08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
      Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
      Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
   njbankruptcynotifications@logs.com
      Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank
   charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
   doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
   jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
      Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
   jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
      Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
   nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
   dss@trustesolutions.net
      Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
   NJ_ECF_Notices@McCalla.com
      Jeanie D. Wiesner    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
   dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
   bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                                                                                  TOTAL: 10