Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  16−28431−JNP
                              Chapter:  7
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jimmie D. Wooding
   22 Fairway Ave
   Northfield, NJ 08225−2326

Social Security No.:
   xxx−xx−5021

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

    THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

    NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:              February 20, 2020
TIME:              02:00 PM
LOCATION:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:             $12,500.00
TOTAL DISBURSEMENTS:    $6,875.32
BALANCE ON HAND:          $5,624.68

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Douglas S. Stanger, Trustee

COMMISSION OR FEES
$2,000.00

EXPENSES
$26.10

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 10, 2020
JAN: eag

                                                  Jeanne Naughton
                                                  Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 16-28431-JNP
Jimmie D. Wooding                                             Chapter 7
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 3          Date Rcvd: Jan 10, 2020
                            Form ID: 192             Total Noticed: 97


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             #Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ 08225-2326
aty            +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue,    Suite 103,    Linwood, NJ 08221-1011
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +RPJ Properties, L.L.C.,    3169 S. Main Road,    Vineland, NJ 08360-7186
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
516415139       AMC Mortgage Service,    505 City Pkwy W Ste 100,    Orange, CA 92868-2927
516415140       AMCOL Systems, Inc,    Attn: AtlantiCare Regional Med Ctr,    PO Box 21625,
                 Columbia, SC 29221-1625
516415143       ARMC Perioperative Program,    Attn: IC Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
516415138       Advanced Anesthesia Assoc. PC,    Attn: Apez Asset Management,    1286 Carmichael Way,
                 Montgomery, AL 36106-3645
516415137       Advanced Anesthesia Assoc. PC,    c/o Apex Asset Management,    PO Box 5407,
                 Lancaster, PA 17606-5407
516415141       Amerihealth Ins. Co. Of New Jersey,    PO Box 11867,    Newark, NJ 07101-8167
516415142       Apex Asset Management,    Attn: Advanced Anesthesia,    2501 Oregon Pike Ste 102,
                 Lancaster, PA 17601-4890
516415145       Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516415146       Atlantic Medical Imaging, LLC,    c/o Rickart Collection Systems,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
516415149       Atlanticare Regional Medical Center,    c/o Amcol Systems,    111 Lancewood Rd,
                 Columbia, SC 29210-7523
516415150       Bacharach Institute For Rehab,    PO Box 723,    Pomona, NJ 08240-0723
516415151       Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516415152      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
516415156       Capital One Bank (USA) NA,    c/o Lyons, Doughty & Veldhuis, PC,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516415158      +Capizola, Pancari, Lapham & Fralinger,    100 N Main Rd,    Vineland, NJ 08360-8299
516415159       Caris MPI Inc,    PO Box 841943,    Dallas, TX 75284-1943
516415163      +City Of Northfield Tax Collector,    1600 Shore Rd,    Northfield, NJ 08225-2201
516415160       City of Coatesville,    c/o Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
516415164       Comcast Cable,    Attn: Enhanced Recovery Corp,    PO Box 57547,    Jacksonville, FL 32241-7547
516415166      +Cooper University Health,    1 Cooper Plaza,    Camden, NJ 08103-1461
516415168       Dawn Williams & Warren Walker,    311 D St,    Millville, NJ 08332-2620
516415170      +Dominique Kitchen & Idaylz Rodriguez,    401 W McNeal St,    Millville, NJ 08332-3723
516415171      +Elenora Lawson,    210 E. Broad Street,    Millville, NJ 08332-2737
516415172       Eric Johnson,    700 N Franklin Blvd,    Pleasantville, NJ 08232-1586
516415173       Frankel Ortho & Sports Med,    PO Box 8627,    Cherry Hill, NJ 08002-0627
516415174      +Glenne Drummond,    401 W McNeal St,    Millville, NJ 08332-3723
516415175      +Homeward Residential,    16675 Addison Road,    Addison, TX 75001-5116
516415176       Iissha garcia & Joseph Thomas,    311 D St,    Millville, NJ 08332-2620
516415177       Jefferson University Hospita,    Attn: ProCo,    PO Box 2462,    Aston, PA 19014-0462
516415178       Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
516415180      +LabCorp,    POB 2240,    Burlington, NC 27216-2240
516415182       Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516415184       Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516415185       Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516415183       Nationstar Mortgage,    Attn: RAS Citron, LLC,    130 Clinton Rd Ste 202,
                 Fairfield, NJ 07004-2927
516469732      +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton FL 33487-2853
516415186      +Nellie Pennington,    752 E. Diamond Street,    Coatesville, PA 19320-3329
516415188       Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
516415190       ProCo,    Attn: Jefferson University Hospital,    PO Box 2462,    Aston, PA 19014-0462
516415194       RPJ Properties LLC,    c/o Capizola, Pancari, Lapham & Fralinge,    100 N Main Rd,
                 Vineland, NJ 08360-8244
516415191       Recon Ortho Assoc. II, PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516415192      +Rickart Collection Systems, Inc.,    POB 7242 Attn: Atlantic Medical Imaging,
                 North Burnswick, NJ 08902-7242
516415193      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516415195       Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
516415196       Shore Medical Cente,    Attn: ROI,    PO Box 549,    Timonium, MD 21094-0549
516415197       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
516415198      +Shoreline Endocrine And Medical Assoc,    707 White Horse Pike,    Suite C1,
                 Absecon, NJ 08201-1461
516707054      +Skyline Condominium Association,    Callaghan, Thompson and Thompson,    2428 Atlantic Avenue,
                 Atlantic City, NJ 08401-6631
516415199       Society Hill Anesthesia Consultants,    PO Box 414853,    Boston, MA 02241-4853
516415200      +South Jersey Gas,    POB 577 Customer Care Center,    Hammonton, NJ 08037-0577
516415201       State of New Jersey,    Dept. Community Affairs,    PO Box 810,    Trenton, NJ 08625-0810
516415205       Synchrony Bank,    Attn: Selip & Stylianou,    PO Box 914,    Paramus, NJ 07653-0914
```

```
District/off: 0312-1              User: admin               Page 2 of 3                  Date Rcvd: Jan 10, 2020
                                  Form ID: 192              Total Noticed: 97


516415207       The Skyline Condo Assoc.,    Att: Callaghan Thompson et al,    2428 Atlantic Ave,
                 Atlantic City, NJ 08401-6631
516415208      +Thompson Realty Company,    1613 Atlantic Ave,    Atlantic City, NJ 08401-6969
516415209      +Tiffany Pennington,    516 Harmony Street,    Coatesville, PA 19320-3417
516415212       USAA,   10750 W Interstate 10,    San Antonio, TX 78288-1600
516415210       Urgent Care Egg Harbor,    c/o IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
516415211       Urgetn Care Egg Harbor,    Attn: IC Systems,    444 Highway 96 E,    Saint Paul, MN 55127-2557
516415214       Vicky Vila & Darryl Odom,    311 D St Apt 3,    Millville, NJ 08332-2620
516415215       Wills Eye Hospital,    PO Box 829157,    Philadelphia, PA 19182-9157
516415216       Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103
516415217       Zeke's Oil Company,    PO Box 38,    Pomeroy, PA 19367-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 22:32:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 22:32:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516784712       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 22:43:20
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516734149       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 22:43:07
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516415144       E-mail/Text: bankruptcy@pepcoholdings.com Jan 10 2020 22:31:54      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516749917       E-mail/Text: bankruptcy@pepcoholdings.com Jan 10 2020 22:31:54
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516415147       E-mail/Text: maria.herron@atlanticare.org Jan 10 2020 22:32:04      Atlantic Surgery Center EHT,
                 2500 English Creek Ave,    Egg Harbor Township, NJ 08234-5549
516415148       E-mail/Text: nicole.watts@atlanticare.org Jan 10 2020 22:31:42
                 Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516415153       E-mail/Text: info@chcollects.com Jan 10 2020 22:32:22     C & H Collection Services Inc,
                 1 Federal St # N-100,    Camden, NJ 08103-1091
516415154      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 22:43:16      Capital One,
                 POB 30281,    Salt Lake City, UT 84130-0281
516415155       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 22:43:04
                 Capital One /Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
516415157       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 22:43:17
                 Capital One Bank (USA) NA,    PO Box 71083,    Charlotte, NC 28272-1083
516415161       E-mail/Text: tracey.gregoire@millvillenj.gov Jan 10 2020 22:32:02
                 City of Millville Tax Collector,    PO Box 609,    Millville, NJ 08332-0609
516415162       E-mail/Text: tracey.gregoire@millvillenj.gov Jan 10 2020 22:32:02
                 City of Millville Utility Department,    PO Box 609,    Millville, NJ 08332-0609
516415165       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2020 22:31:58      Comenity Capital/Boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
516415167       E-mail/PDF: creditonebknotifications@resurgent.com Jan 10 2020 22:43:20      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516823670      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 22:43:08      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516415169       E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2020 22:31:54      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516415181       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 22:43:16      Lowe's/Synchrony Bank,
                 PO Box 965036,    Orlando, FL 32896-5036
516415187      +Fax: 407-737-5634 Jan 10 2020 22:54:55     OCWEN Loan Servicing, LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
516415189       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 22:43:17
                 Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
516839149       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 22:43:17
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
516734088      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 22:43:07      PYOD LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516415203       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 22:43:29      SYNCB/JC Penney,    PO Box 965036,
                 Orlando, FL 32896-5036
516415204      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 22:43:16      SYNCB/TJX Co PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
516415202      +E-mail/Text: BKRMailOPS@weltman.com Jan 10 2020 22:31:56      Sterling Incorporated,
                 375 Ghent Rd,    Fairlawn, OH 44333-4600
516417963       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 22:43:16      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516415206       E-mail/Text: bankruptcy@td.com Jan 10 2020 22:32:03      TD Bank,    POB 219 Operations Center,
                 Lewiston, ME 04243-0219
516415213      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 10 2020 22:31:41
                 Verizon,    500 Technology Dr,    Welson Spring, MO 63304-2225
                                                                                              TOTAL: 29
```

```
District/off: 0312-1          User: admin                  Page 3 of 3                  Date Rcvd: Jan 10, 2020
                              Form ID: 192                 Total Noticed: 97


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr*            +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue,   Suite 400,
                 Seattle, WA 98121-3132
516415179*      Jefferson University Hospital,    P.O. Box 3475,    Toledo, OH  43607-0475
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau     on behalf of Creditor    USAA Federal Savings Bank
               charles.jeanfreau@mccalla.com,    BNCmail@w-legal.com
              Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
               doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Francesca Ann Arcure     on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jeanie D. Wiesner    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                               TOTAL: 10
```