UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jimmie D. Wooding

Case No.: 16-28431

Chapter: 7

Hearing Date: 2/20/2020

Judge: JNP

## ORDER AWARDING FEES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: February 20, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JIMMIE D. WOODING | : | Case No. 16-28431-JNP |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this ____ day of _____, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**(Page 2)**
**Debtor:** Jimmie D. Wooding
**Case No.:** 16-28431-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs
_____

**THAT** the sum of $2,000.00 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $26.10 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                            Case No. 16-28431-JNP
Jimmie D. Wooding                                                 Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 21, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             #Jimmie D. Wooding,    22 Fairway Ave,    Northfield, NJ  08225-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Barbara R. Lapham    on behalf of Creditor    RPJ Properties, L.L.C. barbaral@southjerseycounsel.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank
               charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
               doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jeanie D. Wiesner    on behalf of Debtor Jimmie D. Wooding jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                             TOTAL: 10